# United States District Court
EASTERN DISTRICT OF WISCONSIN

---

USA,

        Plaintiff(s),

v.                                                             Case No. 11-CR-135

Ahuja,

        Defendant(s).

---

## EXHIBITS RELEASED BY CLERK OF COURT'S OFFICE

The Clerk of Court's office hereby releases all exhibits entered as evidence in the above captioned case on behalf of:

        __X__ Plaintiff    or    _____ Defendant

An itemization of the exhibits being released to the party indicated above, is attached to this document.

The undersigned hereby acknowledges receipt of these exhibits on behalf of the party referenced herein.

Date: 9/14/15        By: Luawelle Pribyl
                                    Title: Legal Assistant
                                    Of: USAO

# United States District Court

_Eastern_ DISTRICT OF _Wisconsin_

USA v. Ahuja

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 11-CR-135

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| C.N. Clevert | Melissa Siskind | Thomas Kirsch |
| TRIAL DATE(S) Htg 8/10/12 | COURT REPORTER John Schindhelm | COURTROOM DEPUTY Kris Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/10/12 | | ✓ | Chart: Flow of Funds |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:11-cr-00135-CNC Filed 09/14/15 Page 2 of 5 Document 236

Page 1 of ___1___ Pages

# FINAL EXHIBIT LIST

| United States vs. Arvind Ahuja | | | | | District Court: Eastern District of Wisconsin |
|---|---|---|---|---|---|
| Plaintiff's Attorney<br>Tracy M. Johnson<br>John E. Sullivan<br>Melissa S. Siskind | | Defense Attorneys<br>Dan K. Webb<br>Thomas L. Kirsch II<br>Shannon A. Allen | | | Docket Number: 11-CR-135<br>Trial Date(s): August 15, 2012 |
| Presiding Judge<br>Charles N. Clevert | | Court Reporter | | | Courtroom Deputy<br>Kristine Wilson Brah |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 2 | | 8/17/12 | | x | Letter from Ahuja dated 1/9/08 re: DLF Retail Developers, Ltd. |
| 3 | | 8/17/12 | | x | Letter signed by Ahuja to HSBC dated 2/13/08 re: Oxus Fund Management |
| 4 | | 8/17/12 | | x | Undated letter signed by Ahuja to HSBC dated 3/13/08 re: Oxus Fund Management |
| 5 | | 8/17/12 | | x | Undated letter signed by Ahuja to HSBC re: Checkbook |
| 8 | | 8/16/12 | | x | E-mail from Ahuja to Bhasin dated 7/4/09 with HSBC article |
| 10 | | 8/17/12 | | x | 2008 Form 1099-INT from Citibank |
| 11 | | 8/17/12 | | x | 2009 Form 1099-INT from Citibank |
| 12 | | 8/17/12 | | x | 2006 Form 1040 for Arvind and Namrata Ahuja |
| 13 | | 8/17/12 | | x | 2007 Form 1040 fro Arvind and Namrata Ahuja |
| 14 | | 8/17/12 | | x | 2008 Form 1040 for Arvind and Namrata Ahuja |
| 15 | | 8/17/12 | | x | 2009 Form 1040 for Arvind and Namrata Ahuja |
| 18 | | 8/17/12 | | x | 2009 Year-end Planning agenda |
| 19 | | 8/17/12 | | x | Letter from Kolb+Co. Dated 12/29/09 with 2009 Tax Return Reminders |
| 20 | | 8/17/12 | | x | Term Deposit Notice dated 6/17/05 |
| 21 | | 8/17/12 | | x | E-mails from Ahuja and Tandon dated 7/8/05 - 7/21/05 |
| 22 | | 8/20/12 | | x | E-mails between Ahuja, Tandon, and HSBC dated 9/30/05 - 10/03/05 re: credit limit |
| 29 | | 8/17/12 | | x | E-mails between Ahuja and Tandon dated 6/13/06 - 6/14/06 re: CDs |
| 32 | | 8/17/12 | | x | Letter signed by Ahuja to HSBC dated 11/16/06 re: debit card |

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | | 8/20/12 | | | x | E-mail from Tandon dated 11/17/06 re: credit card PINs |
| 38 | | 8/17/12 | | | x | E-mail from Dhanani dated 4/23/07 re: Jersey account |
| 42 | | 8/16/12 | | | x | Account application dated 1/28/08 |
| 43 | | 8/16/12 | | | x | Blank Customer Declaration |
| 46 | | 8/17/12 | | | x | E-mail from Dhanani dated 2/7/08 with attached letter signed by Ahuja re: HFDC |
| 47 | | 8/16/12 | | | x | Tax Declaration signed by Ahuja for financial year 2008-2009 |
| 50 | | 8/17/12 | | | x | Letter signed by Ahuja dated 7/27/08 re: closure of NY account |
| 53 | | 8/17/12 | | | x | E-mail from Dhanani dated 8/19/08 re: correspondence address with attachment |
| 54 | | 8/16/12 | | | x | Letter signed by Ahuja dated 8/21/08 re: correspondence address |
| 57 | | 8/20/12 | | | x | Documents relating to Citibank account #140407 |
| 58 | | 8/17/12 | | | x | Texas Energy Holdings, Inc. Instruction to Investors and Subscription Agreement dated 2/16/09 |
| 59 | | 8/17/12 | | | x | Letter signed by Ahuja dated 7/21/09 re: Lanza |
| 61 | | 8/17/12 | | | x | E-mail from Dhanani dated 7/31/09 with letter signed by Ahuja re: wire transfer to Lana & Baucina Limited |
| 62 | | 8/17/12 | | | x | Letter signed by Ahuja to HSBC dated 9/21/09 re: closing Jersey account |
| 64 | | 8/20/12 | | | x | Check from HSBC to Ahuja dated 10/19/09 for 4696.71 British Pounds |
| 69 | | 8/16/12 & 8/20/12 | | | x | Summary of High Balances w/ screen prints maintained in representative office |
| 70 | | 8/20/12 | | | x | Summary comparing interest income on Forms 1040 and Forms 1040X |
| 71 | | 8/17/12 & 8/20/12 | | | x | Summary of Unreported income w/screen prints maintained in representative office |
| 72 | | 8/17/12 | | | x | Statements for HSBC USA Bank Acct# 610-75244-8 (11/27/03 - 8/12/08) |
| 80 | | 8/17/12 | | | x | Letter signed by Ahuja to HSBC dated 1/28/08 re: Oxus Fund Management |
| 82 | | 8/17/12 | | | x | NRO CD Encashment Requests dated 10/8/09 |
| 85 | | 8/17/12 | | | x | Letter signed by Ahuja to HSBC dated 10/6/09 re: withdrawal of cash |

| | | | | | |
|---|---|---|---|---|---|
| 91 | | 8/17/12 | | x | Currency Conversions |
| | 2006 | 8/16/12 | | x | 3/10/11 Ramit Bhasin proffer letter |
| | 2008 | 8/16/12 | | x | 4/12/11 Ramit Bhasin non-prosecution agreement |
| | 2057 | 8/17/12 | | x | Tandon HSBC employment records |
| | 2060 | 8/20/12 | | x | Citibank NRI Account Application dated 10/16/08 |
| | 2084 | 8/17/12 | | x | 2002 amended returns and payment information |
| | 2085 | 8/17/12 | | x | 2003 amended returns and payment information |
| | 2086 | 8/17/12 | | x | 2004 amended returns and payment information |
| | 2087 | 8/17/12 | | x | 2005 amended returns and payment information |
| | 2088 | 8/17/12 | | x | 2006 amended returns and payment information |
| | 2089 | 8/17/12 | | x | 2007 amended returns and payment information |
| | 2090 | 8/17/12 | | x | 2008 amended returns and payment information |
| | 2091 | 8/17/12 | | x | 2009 amended returns and payment information |
| | 2092 | 8/17/12 | | x | Summary comparing 2002-2009 Forms 1040 and 2002-2009 Forms 1040x (updated) |
| | 2101 | 8/17/12 | | x | 2001 US Bank Wire Transfer |
| | 2203 | 8/17/12 | | x | Priti Dhanani Resume |
| | 2204 | 8/21/12 | | x | Tuckaway Golf Record |
| | 2214 | 8/21/12 | | x | HSBC 1099s |
| | 2215 | 8/17/12 | | x | 2002-2009 Summary of Federal Individual Income Tax Returns |
| | 2216 | 8/17/12 | | x | 2006-2009 1099 and K-1 Summary Chart |
| | 2224 | 8/17/12 | | x | 2002 Form 1040 for Arvind and Namrata Ahuja |
| | 2225 | 8/17/12 | | x | 2003 Form 1040 for Arvind and Namrata Ahuja |
| | 2226 | 8/17/12 | | x | 2004 Form 1040 for Arvind and Namrata Ahuja |
| | 2227 | 8/17/12 | | x | 2005 Form 1040 for Arvind and Namrata Ahuja |
| | 2228 | 8/20/12 | | x | Pebble Beach Tee Sheet Records June 2009 |
| | 2229 | 8/20/12 | | x | Pebble Beach Screen Shot |
| | 2233 | 8/21/12 | | x | 2006 Kolb 1099s and K-1s |
| | 2234 | 8/21/12 | | x | 2007 Kolb 1099s and K-1s |
| | 2235 | 8/21/12 | | x | 2008 Kolb 1099s and K-1s |
| | 2236 | 8/21/12 | | x | 2009 Kolb 1099s and K-1s |